United States District Court
Southern District of Texas

**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| versus | § | CRIMINAL H-26-135-1 |
| | § | |
| Alfonso Wilson | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) <u>1</u> a presentence report is ordered.

1. By <u>May 19, 2026,</u> the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By <u>June 2, 2026,</u> counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By <u>June 16, 2026,</u> the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for <u>June 26, 2026</u> at <u>1:45 p.m.</u> (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone:  (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed <u>March 31, 2026</u>

_____
United States District Judge

AUSA: <u>Abdus Pardesi, Bradley Gray, Lindsey Carson</u>
Defense Counsel: <u>Eduardo Franco, Thomas Moore (R)</u>
Defendant is **on Bond.**