United States District Court
Southern District of Texas
**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:26-CR-135** |
| | § | |
| **ALFONSO WILSON** | § | |

### AGREED ORDER IMPOSING MONEY JUDGMENT

On March 31, 2026, Defendant Alfonso Wilson pleaded guilty to Count One of the Information, admitting to engaging in a conspiracy to violate the Foreign Corrupt Practices Act (Title 15, United States Code, Section 78dd-2), in violation of Title 18, United States Code, Section 371.

The United States provided notice to the Defendant in the Information that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property that constitutes or is derived from proceeds traceable to the conspiracy; and that the United States would seek a money judgment.

The Defendant agreed in the Plea Agreement that he obtained at least $383,896 from the criminal offense and that the factual basis of the guilty plea supports the forfeiture of $383,896. The Defendant agreed to the imposition of a personal money judgment in that amount. The Defendant consented, in accordance with FED.R.CRIM.P. 32.2(b)(4)(A), to the order of forfeiture becoming final as to the Defendant immediately following the guilty plea.

Having considered the plea agreement, the record, and the applicable law, the Court ORDERS:

That Defendant Alfonso Wilson shall forfeit $383,896 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the __7__ day of April 2026.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE